IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED JUL 19 '01 PM 4:36 USDCALS

MOBILE POLICE ASSOCIATION,
ET AL.

    Plaintiffs,

v.      CIVIL ACTION NO. 00-0619-CB-C

CITY OF MOBILE, ALABAMA, ET AL.

    Defendants.

## STIPULATION AND ORDER OF DISMISSAL

COME NOW the parties, by and through their respective counsel, and stipulate that this matter should be dismissed, with prejudice, and without cost to either party, pursuant to the terms of a settlement agreement filed with the Court.

Dated: 7/15/01

WE JOINTLY REQUEST:

| ZWERDLING, PAUL, LEIBIG, KAHN & WOLLY | ADAMS AND REESE, LLP |
|---|---|
| BY: /s/ Michael T. Leibig | BY: /s/ Paul D. Myrick |
| Michael T. Leibig | Paul D. Myrick |
| 1421 Prince Street, Suite 400-A | 4500 One St. Louis Centre |
| Alexandria, VA. 22314 | P.O. Box 1348 |
| | Mobile, AL. 36633 |
| | COUNSEL FOR DEFENDANTS |

REFERRED TO JUDGE Butler
For Ruling or Appropriate Action
DATE 7/20/01 MAJ

GARDNER, MIDDLEBROOK, FLEMING,
GIBBONS & KITTRELL

BY: _____
Cecil Gardner

BY: _____
Kimberly J. Calametti

1119 Government Street
P.O. Drawer 3103
Mobile, AL 36652

COUNSEL FOR PLAINTIFFS


SO ORDERED this 23d day of July, 2001.

_____
Honorable ~~William E. Cassady~~ Charles R. Butler, Jr.
~~Chief~~ United States District Judge